UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL WAYNE BAILEY,**

    **Plaintiff,**

v.                                                    Case No: 6:16-cv-1429-Orl-41GJK

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Award of Attorney Fees (Doc. 23). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 24), in which he recommends that the Court grant the motion to the extent that it requests $5,008.12 in attorney's fees and that the Court otherwise deny the motion. Specifically, Judge Kelly recommends that the Court reject Plaintiff's request that the attorney's fees be paid directly to Plaintiff's counsel. (*Id.* at 3).

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Unopposed Motion for Award of Attorney Fees (Doc. 23) is **GRANTED** to the extent it seeks an award of attorney's fees in the amount of $5,008.12.

3. Plaintiff is awarded attorney's fees in the amount of $5,008.12.

4. In all other respects, the motion is **DENIED**. The Commissioner may, in her discretion, pay all or part of the attorney's fees directly to Plaintiff's counsel should she determine that it is appropriate to do so.

**DONE** and **ORDERED** in Orlando, Florida on January 4, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record